FILED

08 FEB 19 AM 9: 27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY                                    CP                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Michael CHRIST,<br><br>　　　　　Defendant. | Magistrate Case No.: '08 MJ 0449<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation & Transportation of a<br>Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about February 18, 2008, within the Southern District of California, defendant Michael CHRIST, did knowingly and intentionally import approximately 106.40 kilograms (234.08 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Julia Gerard
Special Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19th DAY OF February 2008.

U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Julia Gerard, declare under penalty of perjury, the following is true and correct:

On February 18, 2008, at approximately 11:00 p.m., United States citizen, Michael CHRIST attempted to enter the United States at the San Ysidro Port of Entry, San Diego, California. CHRIST was the driver and sole occupant of a stolen blue Hummer H2 bearing California license plate 5VBE117. The license plate, 5VBE117, did not belong to the vehicle.

The CBP Officer working primary lane #08 when CHRIST applied for entry into the United States, asked CHRIST for his citizenship. CHRIST presented his California drivers license and California birth certificate to the CBP Officer. The CBP Officer asked for a copy of the registration and CHRIST was unable to locate it; CHRIST stated he forgot where he put it. The CBP Officer checked the plate at the rear of the vehicle and entered the plate. The plate number came back as NCIC stolen. The CBP Officer conducted a brief inspection of the vehicle and noticed the tires tapped solid. A CBP K-9 screened the vehicle and immediately alerted to the presence of narcotic odor on the front drivers side tire.

During a post-arrest statement, CHRIST waived his Miranda rights. At first, CHRIST stated he thought he might be smuggling something but did not know what. Then, CHRIST stated he thought he might be smuggling aliens, so he checked throughout the vehicle but did not see anybody. Then, CHRIST stated whatever he was smuggling must have been hidden well. Finally, CHRIST stated he thought he might be smuggling marijuana or cocaine.

CHRIST will be transported to the Metropolitan Correctional Center pending his initial appearance before a U.S. Magistrate Judge in San Diego, California.