1 **LEILA W. MORGAN**
California Bar No. 232874
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
Leila_Morgan@fd.org

6 Attorneys for Defendant

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE WILLIAM McCURINE, JR.)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | ) Case No. 08MJ0449 |
| 12    Plaintiff, | ) |
| 13 v. | ) **NOTICE OF APPEARANCE** |
| 14 MICHAEL CHRIST, | ) |
| 15    Defendant. | ) |

17     Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Leila W. Morgan and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

                                      Respectfully submitted,

22 Dated: February 25, 2008         /s/ *Leila W. Morgan*
                                      **LEILA W. MORGAN**
                                      Federal Defenders of San Diego, Inc.
                                      Leila_Morgan@fd.org
                                      Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED:  February 25, 2008              */s/ Leila W. Morgan*
                                       **LEILA W. MORGAN**
                                       Federal Defenders of San Diego, Inc.
                                       Leila_Morgan@fd.org