FILED
MAR 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR0808-LAB |
|---|---|
| Plaintiff, | ) INFORMATION |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| MICHAEL CHRIST, | ) |
| Defendant. | ) |

The United States Attorney charges:

On or about February 18, 2008, within the Southern District of California, defendant MICHAEL CHRIST, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 95.76 kilograms (21.67 pounds) of Marijuana (net weight), a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 20, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:San Diego
3/3/08