AO 455(Rev. 5/85) Waiver of Indictment

```
                                              FILED
                                              MAR 2 0 2008
                                              CLERK, U.S. DISTRICT COURT
                                              SOUTHERN DISTRICT OF CALIFORNIA
                                                                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| MICHAEL CHRIST | CASE NUMBER: 08CR0808-LAB |

I, __MICHAEL CHRIST__, the above named defendant, who is accused of committing the following offense:

> Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/20/2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Michael Christ_
Defendant

_Leila W Morgan_
Counsel for Defendant

Before _WMcCurine Jr._
Judicial Officer