USA                                                                                          08cr808 LAB

-v-

Michael Christ

# STRICKEN DOCUMENT

**20 - SENTENCING SUMMARY CHART**